U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 2 1 2005

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DARRYL JERRELL BROWN,<br>　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV05-0967-A |
| VERSUS | |
| RAPIDES SHERIFF DEPT., et al.,<br>　　Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## ORDER

IT IS ORDERED that any physician, medical facility, or other health care provider which has examined or administered treatment of any kind to Darryl Jerrell Brown is ordered to release to any party herein, pursuant to any request of that party, and at that party's expense, any and all such medical records that it may possess.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 18th day of November, 2005.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE