RECEIVED
IN ALEXANDRIA, LA
DEC 19 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DARRYL JERRELL BROWN,<br>Plaintiff | CIVIL ACTION<br>Section "P"<br>NO. CV05-00967-A |
| VERSUS | |
| RAPIDES SHERIFF DEPT., et al.,<br>Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendant's motion for summary judgment be GRANTED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 18 day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE